UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN DOE,                                             Docket # 11-cv-6182 (KBF)

                Plaintiff,

    -against-

MAJOR MODEL MANAGEMENT INC., KATIA
SHERMAN, JASON KANNER and GUIDO DOLCI,

               Defendants.
-------------------------------------------------------------------X

## DECLARATION OF ISMAIL S. SEKENDIZ

I, Ismail S. Sekendiz, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1. I am an Attorney admitted to practice law before the Courts of the State of New York Attorney in the Southern District of New York.
2. I represent the Plaintiff in this action.
3. I make this declaration in support of the Plaintiff's affirmation in opposition to the defendants' summary judgment motion and the motion to dismiss.
4. Attached exhibits (AAA through W)   true and correct copies of a the documents that I have in my file with the exception that I redacted Plaintiff's name from the documents that I filed with this Court pursuant to the Prior order of this Court allowing Plaintiff to pursue his claim under the assumed name "John Doe"

Dated: New York, New York
       January 5, 2012

                                          ____/s/_____
                                          Ismail S. Sekendiz (IS-0509)